IRVING TRUST COMPANY, as Trustee under Trust Mortgage Made by REALTY SURETIES, INC., etc., Respondent, v. REALTIES SURETIES, INC., and Others, Defendants. MAX MOSKOWITZ and Others, Bondholders, Appellants; Committee for the Protection of Holders of First Mortgage Bonds Sold through AMERICAN BOND AND MORTGAGE COMPANY, Respondent.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, as Successor Trustee under a Certain Indenture Bearing Date June 1, 1930, between MAJESTIC HOTEL CORPORATION and STRAUS NATIONAL BANK AND TRUST COMPANY OF NEW YORK, as Trustee, Plaintiff, v. MAJESTIC HOTEL CORPORATION and Others, Defendants, Impleaded with AURAMONT HOLDING CORPORATION, Appellant. GEORGE E. ROOSEVELT, Chairman, and Others, as a Committee, Intervenors. ETHEL QUICK, Individually and on Behalf of All Other Bondholders Similarly Situated, Intervenor, Respondent.— Order affirmed with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE CONTINENTAL BANK AND TRUST COMPANY OF NEW YORK, as Successor Trustee under a Certain Indenture Bearing Date June 1, 1930, between MAJESTIC HOTEL CORPORATION and STRAUS NATIONAL BANK AND TRUST COMPANY OF NEW YORK, as Trustee, Plaintiff, v. MAJESTIC HOTEL CORPORATION and Others, Defendants, Impleaded with AURAMONT HOLDING CORPORATION, Appellant. GEORGE E. ROOSEVELT, Chairman, and Others, as a Committee, Intervenors. ETHEL QUICK, Individually and on Behalf of All Other Bondholders Similarly Situated, Intervenor, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE HENRIQUES & Co., INC., and Another, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

LEONARD WEILL, Respondent, v. NATHAN LEVY, Appellant.— Order so far as appealed from modified by allowing items 7 and 11 of the notice of motion, and as so modified affirmed, without costs. No opinion. The verified bill of particulars to be served within five days from service of order. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of ALEX CASSIDY, Respondent, for an Order of Mandamus against WILLIAM FELLOWES MORGAN, JR., a Commissioner of the Department of Public Markets of the City of New York, Appellant.— Order

affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.